COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-051-CV

IN RE DAVID MICHAEL SHEID RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus and is of the opinion that relief should be denied because relator has an adequate remedy by bill of review.  
See
 
In re Barber
, 982 S.W.2d  364, 368 (Tex. 1998) (orig. proceeding); 
Defee v. Defee
, 966 S.W.2d 719, 722 (Tex. App.—San Antonio 1998, no pet.).  Accordingly, relator’s petition for writ of mandamus is denied.

PER CURIAM

PANEL  B:  MCCOY, DAUPHINOT, and GARDNER, JJ.

DELIVERED:  February 28, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.